## Commonwealth *v.* Roots, Appellant.

Argued March 16, 1976. *Ronald Schulman,* with him *Richard Roots, in propria persona,* for appellant; *James W. Wilson,* Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.

## Commonwealth, Appellant, *v.* Russo.

Argued March 19, 1976. *Eric J. Cox,* Assistant District Attorney, with him *Bert M. Goodman* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Ross Weiss,* First Assistant District Attorney, and *William T. Nicholas,* District Attorney, for Commonwealth, appellant; *Bernard V. DiGiacomo,* with him *Joseph P. Lynch,* for appellee.

Order affirmed.